UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                                                       24-CR-317 (RER)

DOMAGOJ PATKOVIC,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Assistant United States Attorney Laura Zuckerwise from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should be sent to:

        Assistant U.S. Attorney Laura Zuckerwise
        United States Attorney's Office (Criminal Division)
        271-A Cadman Plaza East
        Brooklyn, New York 11201
        Tel:  (718) 254-6204
        Fax:  (718) 254-6076
        Email: Laura.Zuckerwise@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Laura Zuckerwise at the email address set forth above.

Dated:   Brooklyn, New York
        October 17, 2024

                                    Respectfully submitted,

                                    BREON PEACE
                                    United States Attorney

                          By:   /s/ Laura Zuckerwise
                                    Laura Zuckerwise
                                    Assistant U.S. Attorney

cc:   Clerk of the Court (RER)