<u>UNITED STATUS EASTERN DISTRICT OF NEW YORK</u>
<u>CRIMINAL CAUSE FOR STATUS CONFERENCE</u>

U.S.D.J. Ramón E. Reyes, Jr.   DATE: November 5,2024 Time in Court 11 mins

**USA v. Patkovic**    Docket No.: **1:24-cr-00317**

Plaintiff: USA represented by Assistant U.S. Attorney **Andrew Reich**

Defendant: **Domagoj Patkovic** _√__present         _√__Custody

Def. Counsel: **James Darrow Federal Defenders of New York**   _√__present

Interpreter:                        Language:

Court Reporter: <u>Rivka Teich</u>___      Law Clerk/CTR Deputy:MV

_√__ **Case Called**
___ Defendant's First Appearance
___ Defendant: ___Sworn   ___Arraigned   ___Informed of Rights
___ Waiver of Indictment Executed for Defendant
___ Superceding Indictment/Information Filed
___ Bench Warrant Issued: _____
___ Defendant Enters Guilty/Not Guilty Plea to Count(s) _____ of the
     (Superceding) Indictment/Information
___ Defendant Withdraws Not Guilty Plea and Enters Guilty Plea to
     Count(s) _____ of the (Superceding) Indictment/Information
_√__ Oral Order of Excludable Delay/Speedy Trial entered. Start:11/5/24 Stop:1/9/25.
_√__ Status conference set for _1/9/25 at 10:00 AM in Courtroom 2E N before Judge Reyes.
___ Sentencing to be Set by Probation
___ Defendant Continued on Bond   _√__ Continued in Custody
___ Case Adjourned to   ___/___/___ at _____
___ A finding has been made that the plea was made knowingly and voluntarily,
     and the plea was not coerced. The plea of guilty is accepted.
___ Transcript Ordered
___ Other: _____