

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

AR:whc  
F. #2021R00608

*271 Cadman Plaza East
Brooklyn, New York 11201*

December 5, 2024

<u>By ECF</u>

James Darrow, Esq.
Federal Defenders of New York
1 Pierrepont Plaza, 16th Floor
Brooklyn, New York 11201

    Re: United States v. Domagoj Patkovic
      <u>Criminal Docket No. 24-CR-317 (RER)</u>

Dear Counsel:

    Enclosed please find discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This production supplements the government's initial production, which was disclosed on October 16, 2024, and November 4, 2024. The government also requests reciprocal discovery from the defendant. These materials are produced under the terms of the Stipulation and Protective Order signed by counsel and entered by the Court. The "Sensitive Discovery Materials" are identified by the prefix "SDM." The production consists of the following:

- Arrest Warrant, Consent to Search and related materials are enclosed herein and Bates-stamped DP000057 - DP000061.

- A return associated with a judicially authorized search warrant is enclosed herein and Bates-stamped DP000255.

- Images from social media accounts and related materials are enclosed herein and Bates-stamped DP000062, DP000197 – DP000225, DP000233, and DP000254.

- Records relating to the defendant's criminal history and records from the California Department of Motor Vehicles are enclosed herein and Bates-stamped DP000176 - DP000195, DP000204 – DP000213 and DP000234 - DP000243.

- Surveillance photos are enclosed herein and Bates-stamped DP000247 – DP000253.

- Additional photos of the defendant are enclosed herein and Bates-stamped DP000244 - DP000246.

- An audio recording of a phone call is enclosed herein and Bates-stamped DP000223.

- Bates numbers DP000220 - DP000221, DP000196 and DP000214 have been intentionally omitted.

- Records from the below entities are enclosed herein and Bates-stamped as indicated:

| Entity | Bates Nos. |
| --- | --- |
| AcuityAds | DP000601-DP000602 |
| Acxiom | DP000603-DP000610 |
| AdColony | DP000611-DP000612 |
| AppLovin | DP000613-DP000614 |
| AppsFlyer | DP000615-DP000616 |
| Charter Communication | DP000256-DP000259 |
| Consumer Cellular | DP000617-DP000619 |
| Cuebig | DP000620-DP000621 |
| Discord, Inc. | DP000063 - DP000175 |
| Discord, Inc. | DP000260-DP000564 |
| Discord, Inc. | DP000622-DP000623 |
| Discord, Inc. | DP000624-DP000674.01 |
| Epsilon | DP000675-DP000677 |
| Google LLC | SDM000385- SDM000397 |
| Google LLC | DP000695-DP000696 |
| Google LLC | DP000697-DP000727 |
| Kik | DP000578-DP000579 |
| Kochava | DP000728-DP000752 |
| LiveRamp | DP000753-DP000754 |
| Magnite | DP000755-DP000757 |
| Meta Platforms, Inc. | DP000226-DP000232 |
| Meta Platforms, Inc. | DP000580-DP000588 |
| Meta Platforms, Inc. | DP000678 |
| Meta Platforms, Inc. | DP000679-DP000694 |

| | |
|---|---|
| Microsoft Corporation | DP000589-DP000593 |
| NextRoll | DP000758 |
| PayPal, Inc. | DP000759-DP000760 |
| Quadranet | DP000761 |
| Reddit | DP000594-DP000596 |
| Roblox Corp. | DP000597-DP000598 |
| Snap, Inc. | DP000762 |
| Sovrn | DP000763-DP000766 |
| Tapad | DP000767 |
| TextNow, Inc. | DP000768-DP000783 |
| TextNow, Inc. | DP000784-DP000786 |
| T-Mobile | DP000787-DP000794 |
| TrueData | DP000795-DP000797 |
| Tzulo, Inc. | DP000798 |
| Verizon | DP000799-DP000807 |
| WhatsApp, LLC | DP000808-DP000811 |
| X Corp | DP000599-DP000600.09 |
| Zeta Global | DP000812-DP000817 |
| Zoominfo | DP000818-DP000824 |

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact the undersigned.

Very truly yours,

BREON PEACE
United States Attorney

By:   /s/ Andrew Reich
Alexander Solomon
Laura Zuckerwise
Andrew Reich
Assistant U.S. Attorney
(718) 254-6204

Enclosures

cc:   Clerk of the Court (RER) (by ECF) (without enclosures)