| | |
|---|---|
| **Federal Defenders** | Eastern District |
| OF NEW YORK, INC. | One Pierrepont Plaza, 16th Floor |
| | Brooklyn, NY 11201 |
| | Tel: (718) 330-1200 Fax: (718) 855-0760 |

| | |
|---|---|
| Tamara L. Giwa | Michelle A. Gelernt |
| *Executive Director* | *Attorney-in-Charge* |

January 6, 2025

BY ECF

The Hon. Ramon E. Reyes
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *United States v. Domagoj Patkovic*, No. 24 Cr. 317 (RER)

Your Honor:

  This office represents Defendant Domagoj Patkovic. I write to respectfully request a 30-day adjournment of the status conference currently scheduled for January 14, 2025, at 11:30 a.m. The parties anticipate that this case will be resolved short of trial, and are now discussing the final details of that resolution. An adjournment would further this effort.

  The government does not object to this application, and the defense would not object to a corresponding exclusion of Speedy Trial time in light of the ongoing plea negotiations.

          Respectfully submitted,

          /s James Darrow

          James Darrow
          Assistant Federal Defender
          Tel. (718) 407-7419
          james_darrow@fd.org

          *Attorneys for Domagoj Patkovic*