# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

Tamara L. Giwa
*Executive Director*

Michelle A. Gelernt
*Attorney-in-Charge*

January 23, 2025

BY ECF

The Hon. Ramon E. Reyes
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    *United States v. Domagoj Patkovic*, No. 24 Cr. 317 (RER)

Your Honor:

This office represents Defendant Domagoj Patkovic. The parties have reached an agreement to dispose of this case short of trial. With no objection from the government, I respectfully request that the February 19, 2025, status conference be converted to a change of plea hearing.

Respectfully submitted,

/s James Darrow

James Darrow
Assistant Federal Defender
Tel. (718) 407-7419
james_darrow@fd.org

*Attorneys for Domagoj Patkovic*