

U.S. Department of Justice

United States Attorney
Eastern District of New York

AAS/LZ/ADR
F. #2021R00608

271 Cadman Plaza East
Brooklyn, New York 11201

July 22, 2025

<u>By ECF</u>

The Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Domagoj Patkovic
     <u>Criminal Docket No. 24-317 (RER)</u>

Dear Judge Reyes:

  The government respectfully submits this letter to correct a mathematical error in its July 16, 2025 sentencing submission in the above case.  *See* ECF No. 27.  In its submission, the government inadvertently listed the defendant's combined adjusted offense level under the United States Sentencing Guidelines ("Guidelines" or "U.S.S.G") as 27 instead of 31.  As a result, the submission erroneously listed the defendant's total adjusted offense level as 24 instead of 28.  An offense level of 28 for a defendant in Criminal History Category III carries a recommended Guidelines sentence of 97 to 121 months' imprisonment.

            Respectfully submitted,

            JOSEPH NOCELLA, JR.
            United States Attorney

       By: /s/_____
          Alexander Solomon
          Laura Zuckerwise
          Andrew Reich
          Assistant U.S. Attorney
          (718) 254-6204

cc: Clerk of Court (RER) (by ECF and Email)
   Counsel of Record (by ECF and Email)
   U.S. Probation Officer (by Email)